# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Dexter Murray, Donald A Lord
Alphonso Syville, ET, Al ( see waivers)

**2 0** CV **CV 570**

Write the full name of each plaintiff.

(Include case number if one has been assigned)

-against-

New York City of New York
Project Renewal
Department of Homeless Services, OASIS
Mayor De Blasio, NYCHA, Seea Security ET, Al

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

Class Action

---

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑  **Federal Question**

☐  **Diversity of Citizenship**

## A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

Americans with Disabilities Act of 1990 and the Rehibilitation Act of 1973, Civil Rights, Inhumane Conditions, Human Rights, Violation of Hippa Act, Discrimination, Callahan vs Carey, Excessive force, Unlawful Improsentment, Negligence

## B.   If you checked Diversity of Citizenship

### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _____ , is a citizen of the State of
          (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_____ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____ .

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

Donald A Lord, Alphonso Spville, Dexter Murray, *see waver*
CET, A|

First Name          Middle Initial          Last Name

651 w 168st Fort Washington for Homeless Single M

Street Address

1D032

County, City                    State          Zip Code

646-673-3205            Sohoovent@27@Aol.Com

Telephone Number          Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    Project Renewal

First Name                                Last Name

Current Job Title (or other identifying information)

651, 168 st

Current Work Address (or other address where defendant may be served)

County, City                    State            Zip Code

Defendant 2:    Department Homeless Service

First Name                                Last Name

33 Beaver

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State            Zip Code

Defendant 3:    N.Y.C.H.A

First Name                                Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                    State            Zip Code

Defendant 5: Mayor Bill DeBlaiso
City Hall

Defendant 6: - OASES

Defendant 4: **Serra Security**

First Name          Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City          State          Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: Fort WAsshington Shelter for Homeless Men

Date(s) of occurrence: 6/19 until Present

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Denied Entrance In the Shelter, MissHandling and Advancement of Medication, No Heat for winter, Warder's not working, Infested with Insects in the Bathroom, Not Enought Cognitice and Living Need To stay in the Shelter, Unfair Treatment by Staff and DHS Peace Officer's (make us take our Shoes' of after we cleared the Metal Detector Securely), Improper Us. of Authority and our Mental Illness which they say we need to be EDP when we Don't, Steal our Property our money and Med's, Retaliation, if we make complaint they Deny us bed's or Take we and Put us out the shelter's, Trun our Pockets Inside out+ After Even after we cleared the Metal Detector, Assault Us, (see Attach #1 & 3 )(and

## INCARCERATION

This is a Mica shelter and because of our Mental Illness and Criminal Backgrounds we cant get Housing or No NYcha appointment without less to Years in the shelter, our Complaints to 311 goes unanswered all our Complaints to the Mayor goes unanswered and Ingnored. (SEE Attachment 1 & 2).

Oasis funds the drugs Addiction But there are more guys on Drugs then OASIS is funding and OASIS Aint checking on clients or nothing

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Addiction, Health problems, Respirtoral problems, Panic Att Depression, Lost Lungas, Hospitalizers, Higher Medication, Bed Bugspole, Teanrizers, Delusion, Embaressment, Dont want to go in the public with the fse of Retaliation Upon Request, Personal Papers..

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

300 Million Dollars

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 1/19/2020 | a. Syville (SEE WAIVERS) ET, Al |
| Dated | Plaintiff's Signature |
| A. Syville D Loen, Dexter Murray, (see waivers) ET, Al | |
| First Name     Middle Initial     Last Name | |
| 651 w 168 st Fort Washington Homeless Men's Shelter | |
| Street Address | |
| NC | N-Y     10032 |
| County, City | State     Zip Code |
| 646-673-3200 | SOHOOENTRY @ Adicom |
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes   ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

IN No WAY, I Alphonso Syville    1/16/20
Is Rep'N the Class as an Attorney. I'M
Just Doing the Foot work Because Most of the 30 are
IN wheelchairs, Walkers, Physical and Mental Disability

To whom This may Concern/ Ya Honor

We the MICA Homeless Clients at
Foet Washington Shelter for Single Adult
Men give Permission to Alphonso Syville
our Client Advocate to Advocate on our Behalf
about our Rights being Violated at foet
Washington. (SEE Attach # 1 # 6 )

So of us is old, IN wheelchaires, uneducat
ed and its Haed for Some of us to write.
So we will tell Syville what to write for
Us and sign and Print our Names where
they Suppose to Go


Also Ya Honor
Can you Please Put A Notice In the Case
about Alphonso Syville and all of Us
Fear Retaliation from Department of
Homeless Services, the staff and Its Peace
officers at the foet Washington Shelter
we in
Ya Honor They will transfer us on
this list to different Shelter's to try to
IN tur    This Class Action
1 of 3

Next page

Civil Suit. They Know once they separate us, it's used for us to keep up with each other. Because once a Client is Transferred, there's No way another Client can find out where next.

Again, Some of us is in Wheelchairs, Walkers, On Med, Elder's, etc.

So if it's any way that you can make Sure that Retaliation is not taking out on us for Standing for our Right.

Ur Honor, we Been complaining, Grievance, 311 for yeas's and it all went ignored.

Thank you Very Much for taking the Time To read These.

**SEE ATTACH #1**

Alphonso Sville +30

2 of 3

Clients
Signature                                    1/16/20



1) Alphonso Syville          16) Eugene Dos
2) Robert Glover             17) A. A. MFD 48
3) John Bonilla              18) ~~~~~~~~~~
4) Edward Greens             19) M 1/6/19
5) Michael Lopez             20)
6) BB                        21)
7) Anthony Ashley            22) AR Reed
8) Julio E Marin             23) Bashiri Coleman
9) Edward Russol/h           24) Robert Flemn
10)                          25) Domonique Carrington
11)                          26) They
12) John Smith               27)
13) Derrell Williams         28) Around
14) Timothy Russell          29)              Somewhere But they here
15)                          30) Brian Pereira
                                 Anthony McDonald

Temporary Restraining Order on
this 30 please Ya Honor. Or something about
Them transfering else Retaliation suits to
Disturb the case. Some see in Wheelchies, some
Have wallets, some Have Payroll Disability some of
Us Have Mental Disabilities.

**SEE ATTACH #1, b.**          Thank You
                               Alphonso Syville of 30
              28/3

1/21/20

To whom this May Concern

I Alphonso Syville Is experiencing A Alot Of Retaliation and Threats from the Staff at Homeless Mien Shelter, fort Washington for ~~His~~ Single Adult Men. They Violating my 1st Amendant right and They not allowing me to Advocate on my behalf and the other Clients.

I'm experiencing ~~these~~ these things only because I'm speaking up for me and the Clients Right.

They tell me Mind my Business, Tell me They Gonna EDP me, don't give me what I need to Survive In the shelter Don't answer my emails Nor greivances

Alphonso Syville

P.S. I don't feel safe In the Shelter Im In Cause of the fear of Retaliation from stiff? DHs

**Attachment #1**

**NYC**
**Department of**
**Homeless Services**

SHELTER NAME: _____

DATE: ___ / ___ / ___

FAMILY COMPOSITION: # ADULTS _____ # CHILDREN _____

| LAST NAME (HEAD OF HOUSEHOLD) | FIRST NAME | MI |
|---|---|---|
| SOCIAL SECURITY NUMBER | DATE OF BIRTH | CASE # |

# STATEMENT OF CLIENT RIGHTS
# AND CLIENT CODE OF CONDUCT

The **Statement of Client Rights and Client Code of Conduct** sets out the standards for staying in short-term temporary housing assistance ("shelter"). Since shelter is not a home, but rather a stepping stone to permanent housing and rejoining the community, there are certain expectations for you while in shelter. These standards ensure shelters are safe for everyone and that we work together to help you move as quickly as possible from emergency housing to a home.

**While in shelter, your rights include:**

1. The right to exercise your civil rights and religious freedoms;

2. The right to have your personal, financial, social and medical information kept confidential by DHS and shelter staff;

3. The right to meet and have written communications with your legal representatives in private;

4. The right to receive courteous, fair and respectful treatment;

5. The right to remain in the facility, and not be involuntarily transferred or discharged except in accordance with State regulations and the DHS procedures implementing those regulations;

6. The right to present grievances on behalf of yourself and other residents to your shelter or DHS without fear of retaliation and to receive a timely response;

7. The right to manage your own finances;

8. The right to receive visitors in common areas of the facility Monday through Friday between 6 pm and 9 pm and on Saturday and Sunday between 12 pm and 4 pm;

9. The right to leave and return to the facility in accordance with the 10 pm curfew;

10. The right to send and receive mail without interference or interception;

11. The right to be free from physical restraint or confinement; and

12. The right to end your shelter stay at any time.

**Single acts of the following misconduct may lead to the loss of shelter:**

1. You are forbidden to bring weapons and any illegal substances into the shelter.

2. Violence, threatened violence, or other illegal conduct is not permitted and will be reported to law enforcement authorities.

Attachment #2



**Department of
Homeless Services**

# Notice of Disability Rights

Title II of the Americans with Disabilities Act (the "ADA"), as amended, the Rehabilitation Act of 1973, state and local laws, and regulations promulgated pursuant to these Federal, State and local laws protect qualified individuals with a disability from discrimination on the basis of that disability in the delivery of or access to benefits, programs, services or activities of the Department of Homeless Services ("DHS").

This notice is posted to inform the public of the privileges, protections and requirements created by Federal, State, and local laws regarding individuals with disabilities and their access to the benefits, programs, and services offered by DHS.

## Accommodation Procedure

A "Reasonable accommodation" includes modification to the program's or facility's policies or practices, removal of impediments created by architectural, communication or transportation barriers, and the provision of auxiliary aids or services.

If you believe that you require a Reasonable Accommodation in order to fully access DHS programs or services, please contact your Program/Facility Director or your Case Worker.

DHS does not discriminate against any qualified individual with a physical or mental disability in its services, programs or activities or exclude any qualified individual from participation in DHS benefits, programs and services.

If you believe that you have been discriminated against because of a physical or mental disability with respect to DHS services, programs, or activities, you may file a complaint with the DHS EEO Officer:

Office of Diversity & Equal Opportunity Affairs
33 Beaver Street,
New York, New York 10004
Tel. 212-361-7914
TTY. 212-361-8091
eoa@dhs.nyc.gov

This notice is available in alternative formats upon request



Ya Honor    ~~Attachment #3~~    1/19/20

Dlord45 @ gmail.com. and others Have alot of Complaints sent out in they Email & on the Phone.

So of the 31 are of Age and it's hard for them to write. Alot of us including me are 311 complaints cause for them it's easier to talk, Some can't spell but they can talk and record, some psych and Mental Disabilities prevent some of them from write. So we as a class Have alot of ~~evidence~~ evidence but not on paper. Thank you for understanding

A. Spville † 30
(see Waiver's
Et, Al)

Attac

January 2020-19th

Since Coming to Fort Washington
March of Last year. I have
witness A Lot of Disorder from
Staff Residents and Counselors.
I even had surgery on my spine
Because I was trying to secure
my Property. I moved a Locker
that the maintnace was suppse to
handle the movement of the Lockers
I wasn't told not to move them, but
I suffered a damage 3 and 4
Lumbar in my spine Because not for
Be Careless, but from Maintance not
having worker to do the job.
The Bathroom always filthy dirty
and Lots of K-2 Being Smoked
By the residents in the facility.
I can't speak for others But I
know what I have been through
the food is always prepare but
the food I don't eat Because it's
not eatable to Be. I get sick
from eating it amungst others
in the facility they Just Treat overs

very messed up here they take
beds from handicap residents if
they are 5 minutes late for
getting to the facility that's not
far because I know from being
in a wheelchair for one month
and Basicaly 3 weeks Because I
was in a wheelchair myself.
They have not help me with housing
because I was told by my counselor
that they only help with housing
30% of helping me with housing
I don't know what to do in this
place. and It's not a good place
to Live. I know that I have rights
But they are being Violated

Sincerely Concerned

Anthony M

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

**CLIENT GRIEVANCE REPORT**

Date of Complaint: 1-17-2020

Name of Client: Issac Dickerson

Complaint Received By: _____

PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

1) Staff - unprofessional

2) Roach -

3) Clients best ~~interest~~ entrance not properly when decision made by staff member

4- Staff giving out Medication not qualified, Hard to get To our Meds

5) Heating - off and on in winter

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1/17/20

Name of Client: Akeem Reed

Complaint Received By: _____

PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

Showers need to be painted.
Gnats in the shower.
Need Multiple liquid hydration options in the
building after 10pm.
Heat in Bedroom
All Windows in room need to be ~~able~~ able to
open.

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: Akeem Reed

Form Revised 8/1/2013

**Anthony Dussard**

| | |
|---|---|
| **From:** | Alphonso Syville <sohoodent27@aol.com> |
| **Sent:** | Wednesday, January 08, 2020 2:27 PM |
| **To:** | Anthony Dussard; constituentaffairs@dss.nyc.gov; ConstituentInquiry@hra.nyc.gov; CRCLCompliance@HQ.DHS.GOV; DisabilityAffairs@dss.nyc.gov; disabilityaffairs@hra.nyc.gov; FOIL@dss.nyc.gov; Ombudsman@dss.nyc.gov; schmeidlera@hra.nyc.gov; shaoulj@hra.nyc.gov; rodriguezchar@dss.nyc.gov |
| **Subject:** | Fwd: LEAVING THE DORMS IN THE MORNING |
| **Attachments:** | 20200108_135233.jpg |

**WARNING: The email message originated from outside Project Renewal.**

This is what we proposing as clients at Fort Washington Shelter for Mica Single Homeless Men
  ..and im working on more signature's
Alphonso Syville Client Advocate

---

From: Alphonso Syville <sohoodent27@aol.com>
Date: Wednesday, January 8, 2020
Subject: LEAVING THE DORMS IN THE MORNING
To: Anthony.Dussard <Anthony.Dussard@projectrenewal.org>

To whom this may concern...
    It was brought to our attention that we do not have to leave the dorms in the morning...
    But where we going in the cold...Yall push us out in the streets on the public with our mental illness...
    DHS says we DO NOT have to leave the dorms in the Morning...
    So can somebody please make a memorandum explaining and telling the gray shirts and clients THAT THEY DO NOT HAVE TO LEAVE THE DORMS IN THE MORNING AS MICA CLIENTS...
Alphonso Syville

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1-17-2020

Complaint Received By: _____

Name of Client: MIKE Lopez

PRI Program Affiliation: _____

Case Manager: Paula, M.

Nature of Grievance/Complaint:

• Food —
Roaches — in Rooms — & Bugs — also shower
— Fights & Drugs — etc.
Thiefs, steeling — money
etc.

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _Michael Lopez_

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: __1-18-20__

Name of Client: __NINO. MALARY__

Complaint Received By: _____

PRI Program Affiliation: _____

Case Manager: _____

Nature of Grievance/Complaint:

1) HAVING to GIVE AUTHORITY to SOMEONE ELSE IN REGARDS TO MY TAKING Medication, AS A MATURE AND Responsible PERSON. I GET MY PRESCRIPTIONS FILLED MYSELF. I PAY FOR MY MEDS MYSELF. AND I TAKE them Accordingly (MORNING + Night.) I should NOT have to REPORT TO AnyONE TO TAKE MY MEDS AS Needed

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: _1 - 17 - 20_    Complaint Received By: _____

Name of Client: _Yanchik_    PRI Program Affiliation: _____

_Christopher  YANCHIK_

Case Manager: _____

Nature of Grievance/Complaint:

(1)  CLLCANLESS

(2)  Treatment

(3)  ~~~~~

Date of Client Notification of Disposition:    _____

Client Response:

Report Completed By: _Christoph Gollh_

Form Revised 8/1/2013

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

**CLIENT GRIEVANCE REPORT**

Date of Complaint: 11-18-19

Complaint Received By: Sh. Af Supr. Pam

Name of Client: JULIO MARIN

PRI Program Affiliation: S/S

Case Manager: Damaris

Nature of Grievance/Complaint:

ON 11-14-19 or 11-15-19 I was taken from the lobby HERE !!! to the hospital Columbia Pres. across the street I was vomitting blood in my sleep. When the person who packed me up they damaged my phone (scratched face while in my suitcase. Lost my NEW Left foot PUMA SNEAKER. New $30 umbrella in case of 2 cane's New 1 Aluminum, 2 light colored wood Not New. Im NOT IN A position to fix or replace these items, please do what you can to rectify this.

Date of Client Notification of Disposition:

Client Response:

"I gave them right foot PUMA sneaker"

"I have broken phone." if you want to see it?????

ThankYo

Julio Ma

Report Completed By: _____

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: 1/6/20

Name of Client: Alphonso Syville

Complaint Received By: _____

PRI Program Affiliation: Pride

Case Manager: Anthony Dussard

Nature of Grievance/Complaint:

I lost my bed on New Years and my Reebox Classic was not packed up. I got a bed on [crossed out] 2nd (the 2nd). On Saturday (Jan 4th) I went to look for my sneakee's cause I walk on the weekends too for exercise and they wasn't there. So I went back them. I asked Maintenance and they don't know So basically staff no my old beds for days and maintenance threw them out. No my weekend is in boots all day. My feet hurt, it causing [?] left pain on my lower back. Clients always suffee because of their [?] recession and PRI staff

I have no money to buy me some sneakee I wear a size 6 so they knew there was my sneakee's. I'm the only 1 who wear a size 6 I need some sneaker

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

**PROJECT RENEWAL, INC. – FORT WASHINGTON MEN'S SHELTER**

## CLIENT GRIEVANCE REPORT

Date of Complaint: _1/18/20_        Complaint Received By: _____

Name of Client: _Donald ALord_   PRI Program Affiliation: _____

Case Manager: _Manija McKenzie_

Nature of Grievance/Complaint: Exreme violations of NYC building code standards for air quality. Food being left out at room Temperature for HOURS in the front lobby. Old wiring and receptacles hot replaced as required by code. Rare cleaning of bathroom stalls. HVAC ducts and return terminals full of FILTH many windows unscreened. Smoking is allowed in bathrooms

I have 100 documents and photos

Date of Client Notification of Disposition: _____

Client Response:

Report Completed By: _____

Form Revised 8/1/2013