UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SYVILLE et al., | | |
| | Plaintiffs, | 20-cv-570-LTS |
| -against- | | |
| CITY OF NEW YORK et al., | | |
| | Defendants. | |

## ORDER

By order dated February 25, 2020, Chief Judge McMahon denied Plaintiffs permission to prosecute this case as a class action, dismissed all claims of Plaintiff Syville that were purportedly asserted on behalf of other individuals, and stated that the claims of the 28 other named plaintiffs would be dismissed without prejudice if those individuals failed to file declarations confirming their assent to the complaint and intention to proceed as plaintiffs in this action within 30 days. On May 4, 2020, Plaintiff Syville filed a letter which included the required declarations signed by Donald Lord, Anthony McDonald, Raymon Dash, Anthony Ashley, Issac Dickerson, Eugene Davis, and Alfred Wilder. (Docket Entry No. 42.) The Court accepts these declarations as timely in light of the current public health crisis and the reasons stated in Plaintiff Syville's letter. (Id.)

The claims of all other named plaintiffs, including those of Dexter Murray, are dismissed without prejudice. The application of Dexter Murray for a temporary restraining order (Docket Entry No. 35) is denied without prejudice, as his claims are dismissed without prejudice.

Chambers will mail a copy of this order to Alphonso Syville, Donald Lord, Anthony McDonald, Raymon Dash, Anthony Ashley, Issac Dickerson, Eugene Davis, and Alfred Wilder.

SO ORDERED.

Dated: New York, New York
May 8, 2020

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN

United States District Judge

Mail to:
Alphonso Syville
Fort Washington Shelter for Homeless Men
651 W. 168th St.
New York, NY 10032

Mail to:
Donald Lord
Fort Washington Shelter for Homeless Men
651 W. 168th St.
New York, NY 10032

Mail to:
Anthony McDonald
Fort Washington Shelter for Homeless Men
651 W. 168th St.
New York, NY 10032

Mail to:
Raymon Dash
Fort Washington Shelter for Homeless Men
651 W. 168th St.
New York, NY 10032

Mail to:
Anthony Ashley
Fort Washington Shelter for Homeless Men
651 W. 168th St.
New York, NY 10032

Mail to:
Issac Dickerson
Fort Washington Shelter for Homeless Men
651 W. 168th St.
New York, NY 10032

Mail to:
Eugene Davis
Fort Washington Shelter for Homeless Men
651 W. 168th St.
New York, NY 10032

Mail to:
Alfred Wilder
Fort Washington Shelter for Homeless Men
651 W. 168th St.
New York, NY 10032